1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LINDA PETERSON, et al.,                )
                                        )
                Plaintiffs,             )        Case No. 2:11-cv-01919-LRH-NJK
                                        )
vs.                                     )        ORDER STRIKING FILED
                                        )        DOCUMENTS
KEVIN MIRANDA, et al.,                  )        (as listed below)
                                        )
                Defendant.              )
—————————————————————————————          )

        Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  On June 11, 2012, Magistrate Judge Johnston struck an Amended Notice of Deposition filed by Plaintiff.  Docket No. 47 (striking document filed at Docket No. 45).  Also on June 11, 2012, Magistrate Judge Johnston struck a Second Amended Notice of Deposition filed by Plaintiff.  Docket No. 48 (striking document filed at Docket No. 46).  On June 28, 2012, Magistrate Judge Johnston struck a Notice of Deposition filed by Plaintiff.  Docket No. 55 (striking document filed at Docket No. 37).  Also on June 28, 2012, Magistrate Judge Johnston struck another Notice of Deposition filed by Plaintiff.  Docket No. 56 (striking document filed at Docket No. 43).  In each of these Orders, Judge Johnston stated that, "pursuant to LR 26-8 discovery related papers are not to be filed unless ordered by the Court.  No such order has been entered by the Court in this case." (Docket Nos. 47, 48, 55, 56).

        Notwithstanding these four prior orders striking discovery documents he has filed, Plaintiff has filed the following 44 discovery documents:

        1.      Docket No. 36: Notice of Deposition

        2.      Docket No. 38: Subpoena

        3.      Docket No. 44: Notice of Vacating Deposition

4.      Docket No. 58: Notice of Vacating Deposition

5.      Docket No. 59:   Notice of Vacating Deposition

6.      Docket No. 60:   Notice of Vacating Deposition

7.      Docket No. 61:  Notice of Vacating Deposition

8.      Docket No. 62:  Notice of Vacating Deposition

9.      Docket No. 63:  Notice of Vacating Deposition

10.     Docket No. 64:   Notice of Vacating Deposition

11.     Docket No. 65:   Notice of Vacating Deposition

12.     Docket No. 66:  Notice of Vacating Deposition

13.     Docket No. 67:   Notice of Vacating Deposition

14.     Docket No. 68:  Notice of Vacating Deposition

15.     Docket No. 69:  Notice of Vacating Deposition

16.     Docket No. 70:  Notice of Vacating Deposition

17.     Docket No. 115: Subpoena

18.     Docket No. 121: Subpoena

19.     Docket No. 122: Notice of Deposition

20.     Docket No. 128: Subpoena

21.     Docket No. 129: Notice of Deposition

22.     Docket No. 130: Notice of Deposition

23.     Docket No. 132: Notice of Deposition

24.     Docket No. 133: Subpoena

25.     Docket No. 134: Notice of Deposition

26.     Docket No. 136: Notice of Deposition

27.     Docket No. 137: Notice of Deposition

28.     Docket No. 138: Notice of Deposition

29.     Docket No. 139: Notice of Deposition

30.     Docket No. 140: Subpoena

31.     Docket No. 141: Subpoena

32.    Docket No. 142: Subpoena

33.    Docket No. 143: Notice of Deposition

34.    Docket No. 144: Notice of Deposition

35.    Docket No. 145:  Notice of Deposition

36.    Docket No. 146:   Notice of Deposition

37.    Docket No. 147:  Notice of Vacating Deposition

38.    Docket No. 148: Notice of Deposition

39.    Docket No. 149: Notice of Vacating Deposition

40.    Docket No. 150: Notice of Deposition

41.    Docket No. 151: Subpoena

42.    Docket No. 152: Subpoena

43.    Docket No. 153: Notice of Deposition

44.    Docket No. 154: Subpoena

45.    Docket No. 155: Subpoena

Because each of the above documents was filed in violation of Local Rule 26-8, they shall be **STRICKEN** by the Clerk.

Parties are required to follow this Court's orders and the Local Rules. *See, e.g.*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).  Compliance of the Local Rules is always expected, but especially so after the Court has previously identified a particular violation of the Local Rules.  In this case, 42 of the 45 documents identified above were filed after Magistrate Judge Johnston's four orders striking similar documents from the docket.  The Court reminds Plaintiff and Plaintiff's attorney that failure to follow the Local Rules and abide by Court orders can result in sanctions. *See, e.g.*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

//

//

//

//

//

1  The Court hereby **ORDERS** Plaintiff and Plaintiff's attorney to cease filing discovery

2  documents on the docket in compliance with Local Rule 26-8.  Failure to abide by this order and

3  Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P.

4  16(f).

5  IT IS SO ORDERED.

6  DATED:  February 22, 2013.

7

8  _____

9  NANCY J. KOPPE
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4