# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINDA PETERSON, et al.,

    Plaintiffs,

vs.

KEVIN MIRANDA, et al.,

    Defendants.

Case No. 2:11-cv-01919-LRH-NJK

ORDER STRIKING AND SEALING
(Docket No. 157)

On February 26, 2013, Plaintiffs filed an "Affidavit of George Kelesis," requesting that the undersigned Judge recuse herself from this case. Docket No. 157. That affidavit attaches documents containing personal information about the undersigned Judge and her family, including, *inter alia*, dates of birth, partial social security number and home address. Pursuant to the E-Government Act of 2002 and this Court's rules, it is the duty of counsel to ensure that private information (such as home address, social security number, and dates of birth) is not filed on the public record. *See* Special Order No. 108; *see also* Special Order No. 109 at III.H (requiring electronically filed documents to comply with Special Order No. 108). Accordingly, it is hereby **ORDERED** that the response filed at Docket No. 157 be **STRICKEN** from the record and **SEALED** permanently.

Plaintiffs may refile a proper motion seeking that the undersigned Judge recuses herself, but Plaintiffs' counsel must ensure that any such filing complies with Special Order No. 108.

IT IS SO ORDERED.

DATED this 26th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge