UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LINDA PETERSON, et al., )
                Plaintiffs, )    Case No. 2:11-cv-01919-LRH-NJK
vs. )    ORDER STRIKING AND SEALING
KEVIN MIRANDA, et al., )    (Docket No. 159)
                Defendants. )

        Pursuant to the E-Government Act of 2002 and this Court's rules, it is the duty of counsel to ensure that private information (such as home address, social security number, and dates of birth) is not filed on the public record. *See* Special Order No. 108; *see also* Special Order No. 109 at III.H (requiring electronically filed documents to comply with Special Order No. 108). On February 26, 2013, Plaintiffs filed an "Affidavit of George Kelesis," requesting that the undersigned Judge recuse herself from this case. Docket No. 157. The Court struck that affidavit and ordered it sealed because it contained personal information about the undersigned Judge and her family, including, dates of birth, partial social security number and home address. Docket No. 158. The Court further instructed that Plaintiffs may refile a proper motion seeking that the undersigned Judge recuses herself, but Plaintiffs' counsel must ensure that any such filing complies with Special Order No. 108. Docket No. 158.

        Plaintiffs then filed a motion for recusal, indicating that private information of the undersigned Judge had been redacted. *See* Docket No. 159 at 7 n.9. Although the motion for recusal redacts some of the undersigned Judge's personal information, other inappropriate matter remains unredacted. For example, Exhibit 4 to the Affidavit of George Kelesis contains the home address of the undersigned Judge in at least two different places. *See* Kelesis Aff. at Exh. 4, p. 1.

Accordingly, it is hereby **ORDERED** that the response filed at Docket No. 159 be **STRICKEN** from the record and **SEALED** permanently.

Plaintiffs may refile a proper motion seeking that the undersigned Judge recuses herself, but Plaintiffs' counsel must ensure that any such filing complies with Special Order No. 108.

IT IS SO ORDERED.

DATED this  4th   day of March, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge