1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                         * * *

9    LINDA PETERSON; et. al,                )
                                            )
10                      Plaintiffs,         )         2:11-cv-01919-LRH-PAL
                                            )
11   v.                                     )
                                            )         ORDER
12   KEVIN MIRANDA; et. al,                 )
                                            )
13                      Defendants.         )
     _____ )
14

15          Before the court is defendants Kevin Miranda, Eric Miranda, and Chary Alvarado Miranda's

16   motion for summary judgment. Doc. #232.[1]

17          After filing the present motion, the parties filed a stipulation to dismiss defendants Eric

18   Miranda and Chary Alvarado Miranda with prejudice. *See* Doc. #255. The court subsequently

19   granted the stipulation and dismissed Eric Miranda and Chary Alvarado Miranda as defendants in

20   this action. *See* Doc. #256. However, the stipulation did not dismiss defendant Kevin Miranda.

21   Accordingly, the court shall deny the present motion for summary judgment without prejudice, and

22   allow defendant Kevin Miranda thirty days to file a renewed motion for summary judgment.

23   ///

24   ///

25

26
     _____
             [1]Refers to the court's docket entry number.

IT IS THEREFORE ORDERED that moving defendants' motion for summary judgment (Doc. #232) is DENIED without prejudice. Defendant Kevin Miranda shall have thirty (30) days from entry of this order to file a renewed motion for summary judgment.

IT IS SO ORDERED.

DATED this 21st day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE