UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LINDA PETERSON; *et. al*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:11-cv-01919-LRH-PAL |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KEVIN MIRANDA; *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court are plaintiffs Linda and Francis Peterson's ("the Petersons") motion for leave to file a sur-reply to defendants' motion for judgment on the pleadings (Doc. #271[1]) and motion for leave to file a sur-reply to defendants' motion for partial reconsideration (Doc. #284).

A court has the inherent authority to grant leave to a party to file a sur-reply when the information in that sur-reply would be germane to the evaluation of a pending matter. *See Cedars-Sinai Medical Center v. Shalala*, 177 F.3d 1126, 1129 (9th Cir. 1999). Here, the court has reviewed the documents and pleadings on file in this matter and finds that a sur-reply for both motions, in light of defendants' arguments raised for the first time in their reply briefs, would be germane to the court's evaluation of the pending motions. Therefore, the court shall grant the Petersons' motions for leave to file a sur-reply.

///

---

[1] Refers to the court's docket entry number.

IT IS THEREFORE ORDERED that plaintiffs' motion for leave to file a sur-reply to defendants' motion for judgment on the pleadings (Doc. #271) and motion for leave to file a sur-reply to defendants' motion for partial reconsideration (Doc. #284) are GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall file a brief sur-reply to defendants' motion for judgment on the pleadings (Doc. #267) of not more than ten (10) pages, within fifteen (15) days of entry of this order.

IT IS FURTHER ORDERED that plaintiffs shall file a brief sur-reply to defendants' motion for partial reconsideration (Doc. #281) of not more than ten (10) pages, within fifteen (15) days of entry of this order.

IT IS SO ORDERED.

DATED this 10th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE