UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA PETERSON, et al., | ) | CASE NO. 2:11-cv-1919-LRH-PAL |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN MIRANDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is currently scheduled for jury trial on the stacked calendar of Tuesday, March 8, 2016.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this  10th   day of July, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE