UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINDA PETERSON, et al., | Case No. 2:11-cv-01919-LRH-PAL |
| Plaintiffs, | ORDER |
| v. | (Subst Counsel – Dkt. #314) |
| KEVIN MIRANDA, et al., | |
| Defendants. | |

Before the court is the Substitution of Counsel for Tina Zuniga (Dkt. #314) filed September 18, 2015. On September 3, 2015, counsel for Defendant Tina Zuniga withdrew from representation of Ms. Zuniga due to claims being dismissed against her in her official capacity as an employee of CCDC. Defendant Zuniga had "until September 23, 2015, in which to retain counsel who shall **make an appearance in accordance with the requirements of the Local Rules of Practice**, or to file a notice with the court that he/she will be appearing in this matter *pro se*" to represent her in her individual capacity in this matter. (Emphasis added).

As counsel for Zuniga was already granted permission to withdraw, the court will construe the motion as a notice of appearance. Accordingly,

**IT IS ORDERED** that the Substitution of Counsel (Dkt. #314) is construed as a Notice of Appearance on behalf of Defendant Tina Zuniga.

DATED this 21st day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE