1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   LINDA PETERSON, et al.,

8                                   Plaintiffs,

9     v.

    KEVIN MIRANDA, et al.,
10
11                                   Defendants.

Case No. 2:11-cv-01919-LRH-PAL

ORDER

(App for Prisoner – Dkt. #317)

12        Before the court is Defendant Kevin Miranda's Application for Order to Produce Prisoner

13   (Dkt. #317) filed September 23, 2015.  The application requests that Defendant Kevin Miranda,

14   who is incarcerated by the Nevada Department of Corrections (NDOC) at Three Lakes Valley

15   Conservation Camp, be required to appear for a settlement conference in a civil matter on

16   October 21, 2015.  The court lacks jurisdiction to order non-party NDOC to transport an inmate

17   in their custody to this court, or to require NDOC to turn over custody of the inmate to the US

18   Marshals for transport.

19        **IT IS ORDERED** that the Application for Order to Produce Prisoner (Dkt. #317) is

20   **DENIED.**

21        DATED this 7th day of October, 2015.

22
23
24                                                    _____
                                                     PEGGY A. LEEN
25                                                   UNITED STATES MAGISTRATE JUDGE

26
27
28

1