1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                               * * *
7   LINDA PETERSON, et al.,                    Case No. 2:11-cv-01919-LRH-PAL
8                          Plaintiffs,                    ORDER
9         v.                                    (Mot for Exception – Dkt. #316)
    KEVIN MIRANDA, et al.,
10
                         Defendants.
11

12          Before the court is Defendant Kevin Miranda's Request for Exception to the Attendance

13   Requirement for the Settlement Conference Set for October 21, 2015 (Dkt. #316), filed

14   September 23, 2015.  It asks that Miranda's insurance carrier be excused from attending the

15   settlement conference because although GEICO is defending Miranda, policy limits have been

16   exhausted.   No response to the motion was filed.

17          For good cause shown,

18          **IT IS ORDERED** that the Request for Exception to the Attendance Requirement for the

19   Settlement Conference Set for October 21, 2015 (Dkt. #316) is **GRANTED**.

20          DATED this 7th day of October, 2015.

21
22                                                  _____
23                                                  PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                                1