UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCIS C. PETERSON, et al., | CASE NO. 2:11-cv-1919-LRH-PAL |
| Plaintiff, | |
| v. | MINUTE ORDER |
| KEVIN MIRANDA, et al., | DATE: February 12, 2016 |
| Defendant. | |

PRESENT:   THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING       REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):            NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

The Court is in receipt of the parties Stipulation and Proposed Order to Begin Jury Selection on March 11, 2016, [doc #334], to conduct jury selection on Friday, March 11, 2016, good cause appearing,

IT IS ORDERED that due to a scheduling conflict on Friday, March 11, 2016, at the Lloyd D. George United States Courthouse the jury selection in this case will begin on Monday, March 14, 2016, at 9:30 a.m. in a Las Vegas Courtroom to be determined before Judge Larry R. Hicks.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:     /s/ D. Negrete
              Deputy Clerk