JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
jsilvestri@pyattsilvestri.com
Attorneys for Defendant,
KEVIN MIRANDA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS C. PETERSON, individually, LINDA PETERSON, individually, and FRANCIS C. PETERSON, as Special Administrator of the Estate of ANGELA PETERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN MIRANDA, individually, et al.,<br><br>Defendants.<br><br>AND ANY AND ALL RELATED MATTERS. | CASE NO.: 2:11-cv-01919-LRH-NJK |

### NOTICE OF WITHDRAWAL OF ATTORNEYS FROM CM/ECF SERVICE

COMES NOW, James P.C. Silvestri, Esq., and the law firm PYATT SILVESTRI, and hereby withdraws as attorneys of record for Defendant, KEVIN MIRANDA, in the above-entitled action, pursuant to RULE 46 of the Supreme Court of the State of Nevada, in that an Order dismissing this case has been entered on June 27, 2016 [Doc. #355], and there are currently no further proceedings as to KEVIN MIRANDA before this Court.

Dated this 10th day of December, 2018.

IT IS SO ORDERED this 13th day
of December, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
KEVIN MIRANDA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEYS FROM CM/ECF SERVICE** has been forwarded by electronic case filing via the United States District Court of the State of Nevada this 10th day December, 2018.

| | |
|---|---|
| Marc P. Cook, Esq. (4574)<br>COOK & KELESIS, LTD.<br>517 South 9th Street<br>Las Vegas, NV 89101<br>mcook@bckltd.com<br>slopan@bckltd.com<br>*Attorney for Plaintiff* | Dan M. Winder, Esq. (1569)<br>Scott Dorman, Esq. (13108)<br>LAW OFFICE OF DAN WINDER<br>3507 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>winderdandocket@aol.com<br>casemanager@attorneydanwinder.com<br>kristina.miletovic@attorneydanwinder.com<br>service@attorneydanwinder.com<br>*Attorneys for Defendant Tina Zuniga* |

/s/ *Barbara Abbott*
Employee of PYATT SILVESTRI